# DISTRICT COURT OF HOT SPRINGS, GARLAND COUNTY, ARKANSAS

## COMPLAINT

[X] SMALL CLAIMS  ____ CIVIL DIVISION

CASE NUMBER: HTSC-19-98

*DISTRICT COURT GARLAND COUNTY, AR 2019 JUL -2 AM 9:18 VICKIE ASHER, CLERK BY: _____ D.C.*

PLAINTIFF: Kyle Steven Johnston

Address: 523 Westpine Dr.                       Telephone: 501-762-2466

CITY: Hot Springs   STATE: AR   ZIP: 71913   Driver License #: ___   DATE OF BIRTH: ___

vs.

DEFENDANT: Monterey Collections Svc

Address: 4095 Avenida de la Plata                Telephone: 877-775-3091

CITY: Oceanside   STATE: CA   ZIP: 92056   Driver License #: ___   DATE OF BIRTH: ___

NATURE OF CLAIM: FDCPA Section 806, FDCPA Section 809(b), FDCPA Section 623, Voidable Contract

AMOUNT OF RELIEF CLAIMED: $ 3000          DATE CLAIM AROSE: March 8th 2019

FACTS SHOWING WHY CLAIM IS OWED: FDCPA Section 806 is filed because the company has been harassing me by sending me responses at or near 2 times a month. I have sent copies to the credit bureau and have kept several for proof. FDCPA Section 809(b) is for the continuance to report to credit bureau despite being disputed by consumer demanding removal over not being validated. FDCPA Section 623 is filed due to company company not substantiating the debt and continuing to report to credit bureaus costing me thousands in extra fees for both home and auto insurance. The contract is the whole reason for the investigation in the first place. I received a contract from Monterey that has multiple interest rates on it (17.99% and 19.84%), no start date or due date on the contract. Despite the consumer disputing the debt and contacting the company in writing with a cease and desist letter, I have no option other than to litigate the company and pursue legal actions after demanding removal many many times. I have no contract with Monterey Collections Svc and after no relief have turned to court for relief.

Signature of Plaintiff

COMPLETE THIS COMPLAINT AND FILE ORIGINAL WITH:   GARLAND COUNTY DISTRICT COURT
607 OUACHITA, ROOM 150
HOT SPRINGS, AR 71901

NOTE: WHEN FILING WITH THE COURT YOU WILL NEED TO SEND THE ORIGINAL AND 3 COPIES.

# DEFENDANT'S INSTRUCTIONS

HTSC-19-98

1. Please fill out the Answer form found at www.cityhs.net/dept-court-district.html and return it to the Clerk's office.
2. If the attached Complaint shows this case to be in Small Claims, it is not necessary to hire an attorney, although you may do so, if you wish. In the event both parties do not have attorneys, the judge will ask questions of each party and decide the case on the evidence.
3. You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the Court Clerk of the Garland County District Court. There will be additional costs for issuance and service of each subpoena.
4. Bring to court all papers, receipts and other materials that might be useful as evidence in the case.
5. If you wish to contest this claim and it is not possible to appear on the trial date, you must file a written request for continuance with the Clerk of the Court.
6. In Court, direct all statements and questions to the Judge.

**IMPORTANT: If you fail to file a written Answer or fail to appear, a Default Judgment may be entered against you for the amount of the claim, plus court costs. If this occurs, your wages may be garnished or any of your personal property may be taken and sold to pay the judgment. DO NOT FAIL TO FILE A WRITTEN ANSWER.**

## SUMMONS

To The Above Names Defendant(s):

1. You have been **SUED** by the afore named Plaintiff(s).
2. You **MUST** file an Answer with this court within **30 days** from the date on which you received this Summons or a judgment may be entered against you.
3. In the event you fail to file a written Answer, a judgment may be entered against you. If a judgment is entered against you, you do have the right to appeal to Circuit Court within 30 days from the date the judgment is entered.
4. You may seek the advice of an attorney. Such attorney should be consulted immediately so an Answer may be filed within the time limit stated above.

Amount for which plaintiff may take judgment if you fail to appear,
excludes interest     $ 3000.00
Court Costs           $ 65.00
Service Fees          $ 12.15

Total                 $ 3077.15

WITNESS my hand and seal of said Court this __2__ day of __July__, 20__

Vickie Asher, District Clerk

By: _____  D.C.

# DISTRICT COURT OF HOT SPRINGS, GARLAND COUNTY, ARKANSAS

## ANSWER

PLAINTIFF: _____
Address: _____
_____
vs.

CASE NO. _____

DEFENDANT: _____
Address: _____
_____

Telephone: _____

Drivers: License #: _____
DATE OF BIRTH: _____

The original copy of your Answer must be filed with the Court and one copy delivered or mailed to the Plaintiff or his/her attorney (if applicable).

**CHECK ONE:**
- A. _____ I admit everything in the Complaint and do not want a trial.
- B. _____ I admit that I am responsible, but not for the total amount claimed by the Plaintiff(s).
- C. _____ I deny that I am responsible at all.
- D. _____ I deny that I am responsible at all. In fact the Plaintiff is the one at fault. (Contact the Court Clerk to file a Counterclaim form.)

If you check "B" or "C", briefly explain your reason for denial of Plaintiff's Claim:
_____
_____
_____

**I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

_____
Signature of Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer was served on Plaintiff on the _____ day of _____, 20____, by mailing a copy to Plaintiff's address listed above.

_____
Signature of Defendant

**COMPLETE THIS ANSWER AND MAIL ORIGINAL TO:**    GARLAND COUNTY DISTRICT COURT
607 OUACHITA, ROOM 150
HOT SPRINGS, AR 71901

Mail Original to Court
Mail 1 copy to Plaintiff
For a file-marked copy for your records, mail additional copy to Court along with a self-addressed, stamped envelope.

MONTEREY COLLECTIONS SVC
4095 AVENIDA DE LA PLATA
OCEANSIDE CA 92056